

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-13-00497-CV

**CNMK TEXAS PROPERTIES LLC** d/b/a Cinemark Movies 12,
Appellant

v.

Sandra **RODRIGUEZ** and Ruperto R. Rodriguez,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2011CVT00752 D4
Honorable Oscar J Hale, Jr., Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Reply Brief is GRANTED. The appellant's reply brief is due on March 27, 2014. No further extension of time will be granted.

It is so ORDERED on this 25th day of February, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

